```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27415
   JAMES ANTHONY CASEY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-8368


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/05 and confirmed on 09/02/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  48423.38 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00           .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    31525.62           .00        31525.62
EMC MORTGAGE             SECURED              .00            .00             .00
EMC MORTGAGE             MORTGAGE ARRE     1783.13           .00         1783.13
GREEN TRAILS IMPROVEMENT SECURED            562.00           .00           562.00
INTERNAL REVENUE SERVICE PRIORITY          3826.00        333.60          3826.00
AT & T                   UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED         2166.50        231.73          2166.50
BEST BEEPER              UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED          593.86         63.41           593.86
CAPITAL ONE BANK         UNSECURED          848.98         90.84           848.98
FAMILY DENTAL CENTER     UNSECURED       NOT FILED           .00             .00
DUPAGE HEALTH SPECIALIST UNSECURED       NOT FILED           .00             .00
EDWARD HOSPITAL          UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED          777.67         83.15           777.67
JET MAGAZINE             UNSECURED       NOT FILED           .00             .00
MCI                      UNSECURED       NOT FILED           .00             .00
PAYDAY LOAN STORE OF ILL UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED          897.15         95.98           897.15
SHORT TERM LOAN          UNSECURED       NOT FILED           .00             .00
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------
SYMS                     UNSECURED       NOT FILED           .00             .00
TRANSITIONS              UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE UNSECURED           561.74        60.05           561.74
         Summary of disbursements:
---------------------------------------------------------------------------
                         SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
---------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      33870.75        3826.00        5845.90           .00      43542.65
PRINCIPAL PAID          33870.75        3826.00        5845.90           .00      43542.65
INTEREST PAID                .00         333.60         625.16           .00        958.76
TOTAL PAID              33870.75        4159.60        6471.06           .00      44501.41
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $    2101.56 .

Refunds to the Debtor totaled $     120.41 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                    PAGE   2
              CASE NO. 05 B 27415 JAMES ANTHONY CASEY